Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
DEBORAH STRAITER

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| DEBORAH STRAITER ) | **Case No.: 2:18-cv-4839** |
| ) | |
| ) | **NOTICE OF SETTLEMENT** |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| COMENITY BANK, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

    NOW COMES Plaintiff, DEBORAH STRAITER, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

    Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: January 29, 2019   RESPECTFULLY SUBMITTED,

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
DEBORAH STRAITER

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Michael P. Lavigne
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA 90045
LavigneM@cmtlaw.com
Attorneys for Defendant,
COMENITY BANK

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal