**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
16444 Paramount Blvd, Suite 205
Paramount, CA 90723
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff
DEBORAH STRAITER

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

DEBORAH STRAITER,

    Plaintiff,

v.

COMENITY BANK,

    Defendant.

Case No. 2:18-CV-4839

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

    PLEASE TAKE NOTICE that, pursuant to the settlement reached among Plaintiff, Deborah Straiter, and Defendant, Comenity Bank, the parties hereby stipulate, and jointly request, that the present proceeding be dismissed with prejudice.  Each party is to bear its own attorneys' fees and costs.  Pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed with prejudice without an Order of the Court.

DATED: January 31, 2019   **WESTGATE LAW**

By:*/s/ Matthew A. Rosenthal*
Matthew A. Rosenthal
Attorneys for Plaintiff,
DEBORAH STRAITER

**CARLSON & MESSER LLP**

By:*/s/ Michael Lavigne*
Michael Lavigne
Attorneys for Defendant,
COMENITY BANK

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all counsel of record listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By:*/s/ Matthew A. Rosenthal*
Matthew A. Rosenthal